IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARRY WILLIAM ALLEN,
    Plaintiff,

vs.                Case No. 3:09cv469/MCR/MD

MICHAEL ADKINSON,
    Defendant.
_____/

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 20, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's case against Michael Adkinson, Jr. is dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action, all pending motions are denied as moot, and the clerk is directed to close the file.

DONE AND ORDERED this 8th day of December, 2010.

      *s/ M. Casey Rodgers*
      M. CASEY RODGERS
      UNITED STATES DISTRICT JUDGE